**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 183 WAL 2017
:
Respondent  :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v.  :
:
:
:
ENRICO THEODOSIUS RHODES,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.